**DARREN J. LACH, ESQ.**
Nevada Bar No. 09606
**LACH INJURY LAW**
8870 S. Maryland Pkwy., Suite 135
Las Vegas, Nevada 89123
Telephone: (702) 505-4758
Facsimile: (702) 505-4768
E-mail: service@lachinjurylaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOUELLA POOL, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., a foreign corporation; NICHOLAS SHOOP, an individual; DOE STORE MANAGER I through V; DOE STORE EMPLOYEE I through V; DOE & ROE EMPLOYERS; DOE OWNERS I through V; ROE OWNERS I through V; and ROE COMPANIES I through V, inclusive,<br><br>                    Defendants. | Case No.:    2:22-cv-00255-JCM-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITION (First Request)** |

COME NOW, Plaintiff LOUELLA POOL (hereinafter "Plaintiff"), by and through her counsel

of record, DARREN J. LACH, ESQ. of LACH INJURY LAW, and Defendants SMITH'S FOOD

AND DRUG CENTERS, INC. and NICHOLAS SCHOOP (hereinafter "Defendants"), by and through

their counsel of record, ANDRE T. MARQUES, ESQ. and JERRY S. BUSBY, ESQ. of the law firm

COOPER LEVENSON, P.A., and hereby stipulate that Plaintiff may have an extension to March 7,

2022, to file a response and/or opposition to Defendant NICHOLAS SHOOP'S Motion to Dismiss

Plaintiff's Complaint.  Defendant SHOOP'S Motion to Dismiss Plaintiff's Complaint was filed on

Page 1 of 2

February 14, 2022, with Plaintiff's Response and/or Opposition currently due on February 28, 2022.

Due to the recent holiday and Plaintiff's counsel having a family emergency with a person in the ICU,

the parties stipulate to allow Plaintiff to file a response and/or opposition to Defendant's Motion to

Dismiss by March 7, 2022.

DATED this 25th day of February, 2022.        DATED this 25th day of February, 2022.

By:    /s/ Darren J. Lach                      By:    /s/ Andre T. Marques
**DARREN J. LACH, ESQ.**                       **JERRY S. BUSBY, ESQ.**
Nevada Bar No. 09606                           Nevada Bar No. 01107
**LACH INJURY LAW**                            **ANDRE T. MARQUES, ESQ.**
8870 S. Maryland Pkwy., Suite 135              Nevada Bar No. 014737
Las Vegas, Nevada 89123                        **COOPER LEVENSON, P.A.**
*Attorney for Plaintiff*                       3016 West Charleston Blvd. - #195
                                               Las Vegas, Nevada 89102
                                               *Attorneys for Defendants*

## **ORDER**

IT IS SO ORDERED.

Dated March 1, 2022.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **Subject:** | RE: Pool v. Smith's re SAO to Extend Opp due date |
| **Date:** | Friday, February 25, 2022 at 2:15:03 PM Pacific Standard Time |
| **From:** | Marques Andre |
| **To:** | Darren Lach, Kraemer, Gregory A. |
| **CC:** | Ganniny, Rutkowski Theresa H. |
| **Attachments:** | image001.png |

You may affix my e-signature.

Thanks,
Andre

*Click here to sign up for the latest Cooper Levenson news.*

**Andre T. Marques, Esq.**
**Cooper Levenson, P.A.,** Attorneys at Law
3016 W. Charleston Blvd., Suite 195
Las Vegas, NV  89102
Direct Dial (702) 366-1125, ext. 1908
Direct Fax (702) 366-1857
E-Mail: amarques@cooperlevenson.com
URL: http://www.cooperlevenson.com

**Cooper Levenson, P.A.**

New Jersey / Delaware / Nevada / Florida / New York

 **Please consider the environment before printing this email.**



ATTENTION: This E-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above.  If you are not the intended recipient of this E-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this E-mail is strictly prohibited.  If you have received this E-mail in error, please immediately notify us by telephone at (609)344-3161 or notify us by E-mail at administrator@cooperlevenson.com.  Although Cooper Levenson Law Firm attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses.

**From:** Darren Lach [mailto:darren@lachinjurylaw.com]
**Sent:** Thursday, February 24, 2022 2:41 PM
**To:** Marques Andre; Kraemer, Gregory A.